JS-6

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
11   NICHOLAS ALLEY,                    Case No. 8:23-cv-01793-JWH-KES
12            Plaintiff,
                                        **JUDGMENT**
13        v.
14   ANDURIL INDUSTRIES, INC., and
     AREA-I, LLC,
15
              Defendants.
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF

2    No. 49]" filed substantially contemporaneously herewith,

3    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

4    1.    The operative pleading is the First Amended Complaint [ECF

5    No. 44] filed by Plaintiff Nicholas Alley.

6    2.    Defendants Anduril Industries, Inc. and Area-I, LLC shall have

7    **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiff Nicholas Alley, with

8    respect to Alley's third and fourth claims for relief—for disability discrimination

9    in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12201 *et seq.*,

10   and retaliation in violation of the Americans with Disabilities Act, 42 U.S.C.

11   § 12203.  Alley's third and fourth claims for relief are **DISMISSED with**

12   **prejudice**.

13   3.    The Court **DECLINES** to exercise supplemental jurisdiction over

14   Alley's remaining claims under state law.  Accordingly, Alley's remaining claims

15   for relief are **DISMISSED for lack of subject matter jurisdiction**.

16   4.    This action is **DISMISSED**.

17   5.    Other than potential post-judgment remedies (including those

18   provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent

19   that any party requests any other form of relief, such request is **DENIED**.

20   **IT IS SO ORDERED**.

21

22   Dated:    September 9, 2024

23                                                    John W. Holcomb
                                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28

-2-